# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MEETRIX IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZOOM VIDEO COMMUNICATIONS, INC., <br><br> Defendant. | C.A. No. 1:20-cv-02022-WJM-NYW <br><br> **JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT** |

Plaintiff Meetrix IP, LLC and Defendant Zoom Video Communications, Inc. (together, the "Parties") hereby notify the Court that an agreement in principle settling all claims has been reached and that negotiations are progressing towards a final signed agreement. The Parties request a stay of proceedings until November 23, 2020, along with a commensurate 35-day extension of all intervening deadlines, in order to formalize and sign settlement papers and satisfy the conditions for dismissal. Good cause exists for granting this unopposed motion, as set forth above. The motion is not filed for the purposes of delay, but to effectuate settlement and prompt dismissal of this action.

Respectfully submitted,

Dated: October 20, 2020

| | |
|---|---|
| */s/ Andrew G. DiNovo* <br> Andrew G. DiNovo <br> *adinovo@dinovoprice.com* <br> **DiNovo Price LLP** <br> 7000 N. MoPac Expressway, Suite 350 <br> Austin, Texas 78731 <br> Telephone: (512) 539-2631 <br> Facsimile:  (512) 539-2627 | */s/ Timothy C. Saulsbury* <br> Daralyn J. Durie <br> Timothy C. Saulsbury <br> Raghav Krishnapriyan <br> *ddurie@durietangri.com* <br> *tsaulsbury@durietangri.com* <br> *rkrishnapriyan@durietangri.com* <br> **Durie Tangri LLP** |

1

<div style="display: flex;">

John D. Saba, Jr.
*john@wittliffcutter.com*
**Witttliff Cutter PLLC**
1209 Nueces
Austin, Texas 78701
Telephone: (512) 960-4388
Facsimile: (512) 960-4869

ATTORNEYS FOR PLAINTIFF

217 Leidesdorff Street
San Francisco, CA  94111
Telephone:	415-362-6666
Facsimile:	415-236-6300

Andrew T. Jones
*ajones@durietangri.com*
**Durie Tangri LLP**
953 East 3rd Street
Los Angeles, CA 90013
Telephone:	213-992-4499
Facsimile:	415-236-6300

ATTORNEYS FOR DEFENDANT

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2020 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Timothy C. Saulsbury*
TIMOTHY C. SAULSBURY